The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD C. FRIEND; VIORA FRIEND; Z. F.; AND T. F,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, Director of U.S. Citizenship and Immigration Services,<br><br>Defendant. | CASE NO. 3:26-cv-05803-TMC<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>NOTED FOR CONSIDERATION: SEPTEMBER 30, 2026 |

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until November 5, 2026. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiffs' Forms I-130, Petition for Alien Relative, and Plaintiff Viora Friend's Form I-485, Application to Register Permanent Residence or Adjust Status.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

The parties agree to a stay of this case as USCIS issued Plaintiff Viora Friend an interview notice regarding her Form I-485 on September 16, 2026. Her interview is on October 6, 2026. The parties agree to stay the case for 60 days following the interview to allow USCIS to process submitted materials and adjudicate Plaintiff Viora Friend's application. Allowing this time for USCIS to adjudicate the application under these circumstances promotes the efficient resolution of Plaintiffs' claims and conserves judicial resources. For good cause, the parties therefore request additional time to allow for the processing and adjudication of the Plaintiff Viora Friend's I-485 application.

Dated this 30th day of September, 2026.

*s/ Adam W. Boyd*
ADAM W. BOYD
Gibbs Houston Pauw
1000 Second Ave. Suite 1600
Seattle, WA 98104
Phone: (206) 708-8744
Email: adam.boyd@ghp-law.net
WSBA No. 49849

*Attorney for Plaintiffs*

*s/ Shaun Pehl*
SHAUN PEHL, WA No. 45534
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3665
Fax: 206-553-4073
Email: shaun.pehl@usdoj.gov

*Attorney for Defendant*

*I certify that this memorandum contains 260 words, in compliance with the Local Rules.*

# ORDER

The case is held in abeyance. The parties shall submit a status update by November 5, 2026. It is so **ORDERED**.

Dated this 1st day of October, 2026.

TIFFANY M. CARTWRIGHT
United States District Court Judge