The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD C. FRIEND; VIORA FRIEND; Z. F.; AND T. F,

Plaintiffs,

v.

JOSEPH B. EDLOW, Director of U.S. Citizenship and Immigration Services,

Defendant.

CASE NO. 3:26-cv-05803-TMC

STIPULATED MOTION TO AMEND ORDER AT DKT. 7 AND ORDER

NOTED FOR CONSIDERATION: OCTOBER 1, 2026

The Parties jointly move to amend the Order to Hold Case in Abeyance entered by this Court on October 1, 2026. The Proposed Order submitted to the court in Dkt. 7 contained an error in the date "November 5, 2026." To capture the agreement of the parties in the Stipulated Motion to Hold Case in Abeyance, the date should have read "December 5, 2026."

The Parties respectfully request the Court issue a new order that reflects the 60-day time period following Plaintiff Viora Friend's Form I-485 interview on October 6, 2026, to allow time for USCIS to adjudicate her application.

//

//

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 1st day of October, 2026.

GIBBS HOUSTON PAUW

*s/ Adam W. Boyd*
ADAM W. BOYD, WA No. 49849
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Phone: (206) 708-8744
Email: adam.boyd@ghp-law.net

*s/ Shaun Pehl*
SHAUN PEHL, WA No. 45534
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3665
Fax: 206-553-4073
Email: shaun.pehl@usdoj.gov

*Attorney for Defendant*

*I certify that this memorandum contains 110 words, in compliance with the Local Rules.*

**ORDER**

The parties stipulated motion to amend the ORDER to Hold Case in Abeyance entered by this Court on October 1, 2026, Dkt. 7, is GRANTED. The case is held in abeyance. The parties shall submit a status update by December 5, 2026. It is so **ORDERED**.

IT IS HEREBY ORDERED.

DATED this 2nd day of October, 2026.

TIFFANY M. CARTWRIGHT
United States District Court Judge